**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Franklin J. Pringle<br>&<br>Ruth I. Pringle<br><u>Debtors</u> | CHAPTER 13<br><br>BKY. NO. 16-11831 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC as Servicer for U.S. Bank National Association as Indenture Trustee for CIM Trust 2015-4AG Mortgage-Backed Notes, Series 2015-4AG, and index same on the master mailing list.

                                                Respectfully submitted,

                                                **/s/Brian C. Nicholas, Esquire**
                                                Brian C. Nicholas, Esquire
                                                KML Law Group, P.C.
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA 19106-1532
                                                (215) 627-1322 FAX (215) 627-7734