IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Franklin J. Pringle | : | |
| Ruth I. Pringle | : | No. 16-11831-MDC |
| Debtors | | |

O R D E R

AND NOW, this _20th_ day of _July_, 2017, upon consideration of the Motion to Modify Plan After Confirmation, it is hereby

ORDERED, that the Debtors confirmed plan is modified to reflect that $8,125.00 has been paid to the Trustee and the Debtors shall pay $625.00 per month for 28 months for a total base amount of $25,625.00 and the Modified Plan attached hereto as Exhibit "A" shall be the new plan.

_Magdeline D. C_____
HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE