United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Franklin J. Pringle
Ruth I. Pringle
    Debtors

Case No. 16-11831-mdc
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Christina | Page 1 of 1 | Date Rcvd: Jul 24, 2017 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2017.
db        +Franklin J. Pringle,   6238 Gardenia Street,   Philadelphia, PA 19144-1609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2017        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2017 at the address(es) listed below:
        BRIAN CRAIG NICHOLAS   on behalf of Creditor   U.S. Bank National Association as Indenture Trustee for CIM Trust 2015-4AG Mortgage-Backed Notes, Series 2015-4AG bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
        DAVID M. OFFEN   on behalf of Joint Debtor Ruth I. Pringle dmo160west@gmail.com, davidoffenecf@gmail.com
        DAVID M. OFFEN   on behalf of Debtor Franklin J. Pringle dmo160west@gmail.com, davidoffenecf@gmail.com
        THOMAS I. PULEO   on behalf of Creditor   U.S. Bank National Association as Indenture Trustee for CIM Trust 2015-4AG Mortgage-Backed Notes, Series 2015-4AG tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
        TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Franklin J. Pringle | : | |
| Ruth I. Pringle | : | No. 16-11831-MDC |
| Debtors | | |

O R D E R

AND NOW, this **20th** day of **July**, 2017, upon consideration of the Motion to Modify Plan After Confirmation, it is hereby

ORDERED, that the Debtors confirmed plan is modified to reflect that $8,125.00 has been paid to the Trustee and the Debtors shall pay $625.00 per month for 28 months for a total base amount of $25,625.00 and the Modified Plan attached hereto as Exhibit "A" shall be the new plan.

_Magdeline D. C_____
HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE