United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Franklin J. Pringle
Ruth I. Pringle
    Debtors

Case No. 16-11831-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: YvetteWD     Page 1 of 3     Date Rcvd: Apr 17, 2019
                         Form ID: 138NEW     Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2019.
```
db/jdb         +Franklin J. Pringle,    Ruth I. Pringle,    6238 Gardenia Street,    Philadelphia, PA 19144-1609
13692539       +Ars,    1801 Nw 66th Ave Suite 200,    Fort Lauderdal, FL 33313-4571
13692545       +Eos Cca,    Po Box 981008,    Boston, MA 02298-1008
13692546       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13692547       +Grimley Financial,    18 W Kings Hwy,    Haddonfield, NJ 08033-2116
13692550        Grimley Financial Corporation,    30 Washington Avenue,    Suite C-6,
                 Haddonfield, NJ 08033-3341
13692551       +Intrst Ctc,    21 West Forrance S,    Norristown, PA 19401-3300
13692584       +Jeffrey B. Solomon, Esq.,    1801 Market Street, Ste. 606,    Philadelphia, PA 19103-1606
13692587      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage Ll,    350 Highland Dr,    Lewisville, TX 75067)
13739536       +Nationstar Mortgage, LLC,    c/o ALDRIDGE PITE, LLP,    4375 Jutland Drive, Suite 200,
                 P.O. Box 17933,    San Diego, CA 92177-7921
13692588       +PGW,    Credit and Collections Department,    800 W. Montgomery Avenue, 3rd Floor,
                 Philadelphia, PA 19122-2806
13776114       +Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
                 Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13692591       +Suburban Credit Corp,    POB 30640,    Alexandria, VA 22310-8640
13692592       +Thinkcashfbd,    Brandywine Commons 1000 Rocky Run Par,    Wilmington, DE 19803-1455
13692594       +Toyota Motor Credit Co,    240 Gibraltar Rd Ste 260,    Horsham, PA 19044-2387
13748971        Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
13755603       +U.S. Bank National Association,    Nationstar Mortgage LLC,    PO Box 619096,
                 Dallas, TX 75261-9096
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Apr 18 2019 03:03:17      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 18 2019 03:02:50
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 18 2019 03:03:06      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13741219        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 18 2019 03:11:03
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13692540       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 18 2019 03:02:53      Asset Acceptance Llc,
                 Po Box 1630,    Warren, MI 48090-1630
13692542        E-mail/Text: megan.harper@phila.gov Apr 18 2019 03:03:17
                 City of Philadelphia, Law Department,    Municipal Services Building,
                 1401 JFK Boulevard, 5th Floor,    Philadelphia, PA 19102
13782898       +E-mail/Text: megan.harper@phila.gov Apr 18 2019 03:03:16
                 CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,    BANKRUPTCY GROUP - MSB,
                 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13692541       +E-mail/Text: megan.harper@phila.gov Apr 18 2019 03:03:16
                 City of Philadelphia, Dept. of Revenue,    Municipal Services Building Concourse,
                 1401 John F. Kennedy Blvd.,    Philadelphia, PA 19102-1617
13692543       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 18 2019 03:02:35      Comenity Bank/Torrid,
                 Po Box 182685,    Columbus, OH 43218-2685
13692544       +E-mail/PDF: creditonebknotifications@resurgent.com Apr 18 2019 03:10:39      Credit One Bank Na,
                 Po Box 98875,    Las Vegas, NV 89193-8875
13748760        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 18 2019 03:10:52
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13692585       +E-mail/Text: bankruptcydpt@mcmcg.com Apr 18 2019 03:02:54      Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
13692586       +E-mail/Text: bankruptcy@sccompanies.com Apr 18 2019 03:03:32      Midnight Velvet,
                 1112 7th Ave,    Monroe, WI 53566-1364
13740824       +E-mail/Text: bankruptcy@sccompanies.com Apr 18 2019 03:03:32      Midnight Velvet,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
13722885       +E-mail/Text: bankruptcygroup@peco-energy.com Apr 18 2019 03:02:31      PECO Energy Company,
                 Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13692589       +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 18 2019 03:10:40
                 Pinnacle Credit Servic,    Po Box 640,    Hopkins, MN 55343-0640
13692590       +E-mail/Text: bankruptcy@sccompanies.com Apr 18 2019 03:03:32      Seventh Avenue,    1112 7th Ave,
                 Monroe, WI 53566-1364
13743144       +E-mail/Text: bankruptcy@sccompanies.com Apr 18 2019 03:03:32      Seventh Avenue,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
13692593       +E-mail/Text: bankruptcy@sccompanies.com Apr 18 2019 03:03:32      Through The Country Do,
                 1112 7th Ave,    Monroe, WI 53566-1364
```

```
District/off: 0313-2           User: YvetteWD                Page 2 of 3                   Date Rcvd: Apr 17, 2019
                               Form ID: 138NEW               Total Noticed: 37

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13692595          E-mail/Text: megan.harper@phila.gov Apr 18 2019 03:03:17      Water Revenue Bureau,
                 1401 JFK Blvd.,    Philadelphia, PA 19102-1663
                                                                                                  TOTAL: 20

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Nationstar Mortgage LLC
13692538*      +Amerifinancial Solutio,    Po Box 7,    Vassar, MI 48768-0007
13692536*      +Amerifinancial Solutio,    Po Box 7,    Vassar, MI 48768-0007
13692537*      +Amerifinancial Solutio,    Po Box 7,    Vassar, MI 48768-0007
13692548*      +Grimley Financial,    18 W Kings Hwy,    Haddonfield, NJ 08033-2116
13692549*      +Grimley Financial,    18 W Kings Hwy,    Haddonfield, NJ 08033-2116
13692552*      +Intrst Ctc,    21 West Fornance S,    Norristown, PA 19401-3300
13692553*      +Intrst Ctc,    21 West Fornance S,    Norristown, PA 19401-3300
13692554*      +Intrst Ctc,    21 West Fornance S,    Norristown, PA 19401-3300
13692555*      +Intrst Ctc,    21 West Fornance S,    Norristown, PA 19401-3300
13692556*      +Intrst Ctc,    21 West Fornance S,    Norristown, PA 19401-3300
13692557*      +Intrst Ctc,    21 West Fornance S,    Norristown, PA 19401-3300
13692558*      +Intrst Ctc,    21 West Fornance S,    Norristown, PA 19401-3300
13692559*      +Intrst Ctc,    21 West Fornance S,    Norristown, PA 19401-3300
13692560*      +Intrst Ctc,    21 West Fornance S,    Norristown, PA 19401-3300
13692561*      +Intrst Ctc,    21 West Fornance S,    Norristown, PA 19401-3300
13692562*      +Intrst Ctc,    21 West Fornance S,    Norristown, PA 19401-3300
13692563*      +Intrst Ctc,    21 West Fornance S,    Norristown, PA 19401-3300
13692564*      +Intrst Ctc,    21 West Fornance S,    Norristown, PA 19401-3300
13692565*      +Intrst Ctc,    21 West Fornance S,    Norristown, PA 19401-3300
13692566*      +Intrst Ctc,    21 West Fornance S,    Norristown, PA 19401-3300
13692567*      +Intrst Ctc,    21 West Fornance S,    Norristown, PA 19401-3300
13692568*      +Intrst Ctc,    21 West Fornance S,    Norristown, PA 19401-3300
13692569*      +Intrst Ctc,    21 West Fornance S,    Norristown, PA 19401-3300
13692570*      +Intrst Ctc,    21 West Fornance S,    Norristown, PA 19401-3300
13692571*      +Intrst Ctc,    21 West Fornance S,    Norristown, PA 19401-3300
13692572*      +Intrst Ctc,    21 West Fornance S,    Norristown, PA 19401-3300
13692573*      +Intrst Ctc,    21 West Fornance S,    Norristown, PA 19401-3300
13692574*      +Intrst Ctc,    21 West Fornance S,    Norristown, PA 19401-3300
13692575*      +Intrst Ctc,    21 West Fornance S,    Norristown, PA 19401-3300
13692576*      +Intrst Ctc,    21 West Fornance S,    Norristown, PA 19401-3300
13692577*      +Intrst Ctc,    21 West Fornance S,    Norristown, PA 19401-3300
13692578*      +Intrst Ctc,    21 West Fornance S,    Norristown, PA 19401-3300
13692579*      +Intrst Ctc,    21 West Fornance S,    Norristown, PA 19401-3300
13692580*      +Intrst Ctc,    21 West Fornance S,    Norristown, PA 19401-3300
13692581*      +Intrst Ctc,    21 West Fornance S,    Norristown, PA 19401-3300
13692582*      +Intrst Ctc,    21 West Fornance S,    Norristown, PA 19401-3300
13692583*      +Intrst Ctc,    21 West Fornance S,    Norristown, PA 19401-3300
13692535     ##+Amerifinancial Solutio,    Po Box 7,    Vassar, MI 48768-0007
                                                                                             TOTALS: 1, * 37, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2           User: YvetteWD              Page 3 of 3                   Date Rcvd: Apr 17, 2019
                               Form ID: 138NEW             Total Noticed: 37
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 17, 2019 at the address(es) listed below:
         BRIAN CRAIG NICHOLAS    on behalf of Creditor    U.S. Bank National Association as Indenture
          Trustee for CIM Trust 2015-4AG Mortgage-Backed Notes, Series 2015-4AG bnicholas@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         DAVID M. OFFEN    on behalf of Joint Debtor Ruth I. Pringle dmo160west@gmail.com,
          davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
         DAVID M. OFFEN    on behalf of Debtor Franklin J. Pringle dmo160west@gmail.com,
          davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
         KEVIN M. BUTTERY    on behalf of Creditor    U.S. Bank National Association as Indenture Trustee
          for CIM Trust 2015-4AG Mortgage-Backed Notes, Series 2015-4AG kbuttery@rascrane.com
         THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association as Indenture Trustee for
          CIM Trust 2015-4AG Mortgage-Backed Notes, Series 2015-4AG tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Franklin J. Pringle and Ruth I. Pringle

      Debtor(s)

Bankruptcy No: 16–11831–mdc
Chapter: 13

___

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                              For The Court
                              Timothy B. McGrath
                              Clerk of Court

Dated: 4/17/19

                                              44 – 43
                                              Form 138_new